# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D23-2058
LT Case No. 1989-CF-209-A

_____

PATRICK H. PAIGE,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


3.800 appeal from the Circuit Court for Marion County.
Anthony M. Tatti, Judge.

Patrick H. Paige, Raiford, pro se.

Ashley Moody, Attorney General, Tallahassee, and Allison L.
Morris, Assistant Attorney General, Daytona Beach, for Appellee.

October 3, 2023


PER CURIAM.

    AFFIRMED.

JAY, HARRIS, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____